UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAG. NO. 05M-1034-JGD |
| ) | |
| ANTONIO FERREIRA, ) | |
| a/k/a LUIS BECKER, ) | |
| a/k/a ANTONY CABREIRA ) | |

MOTION TO UNSEAL AND UNIMPOUND

The United States hereby moves to unimpound and unseal the Complaint and supporting Affidavit filed in this matter because the arrest warrant has been executed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 2/17/05

SO ORDERED:

_____
JUDITH G. DEIN
United States Magistrate Judge
Date: 2/17/05