AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTONIO FERREIRA,
a/k/a LUIS BECKER,
a/k/a ANTONY CABREIRA

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1034-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTONIO FERREIRA, a/k/a LUIS BECKER, a/k/a ANTONY CABREIRA
                                                                Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

knowingly forging, counterfeiting, altering or falsely making immigration documents; knowingly possessing, obtaining, accepting or receiving such documents; knowingly possessing an identification document or authentification feature of the United States that was stolen or produced without legal authority; and conspiring to commit those offenses

in violation of Title 18 United States Code, Section(s) 1546(a), 1028(a)(6) and (f), 371

JUDITH G. DEIN
Name of Issuing Officer

_Judith Gail Dein_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/16/05   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ICE
ARREST/ARRAIGNMENT OF THE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.