AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Antonio Ferreira

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05 m 01034-JGD

I, Antonio Ferreira, charged in a ☒ complaint ☐ petition charging him with Conspiracy & forging immigration documents pending in this District

in violation of 18 , U.S.C., 1546(a), 1028(a)(6)(4), 2, 371

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Date

_____
Defendant

_____
Counsel for Defendant