# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                       MAGISTRATE JUDGE'S DOCKET
                                            NO. 05-M-1034JGD

ANTONIO FERREIRA,
    Defendant.

## ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.

COLLINGS, U.S.M.J.

    The defendant appeared on February 24, 2005. The defendant's attorney was present.

    After being fully informed of his rights, the defendant waived his right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 23, 2005.