CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE  MAX | 2. PERSON REPRESENTED  Ferreira, Antonio | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER  1:05-001034-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF  (Case Name)  U.S. v. Ferreira | 8. PAYMENT CATEGORY  Felony | 9. TYPE PERSON REPRESENTED  Adult Defendant | | 10. REPRESENTATION TYPE  (See Instructions)  Criminal Case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)    If more than one offense, list (up to five) major offenses charged, according to severity of offense.
  1) 18 1546. F -- FRAUD AND MISUSE OF VISAS/PERMITS

12. ATTORNEY'S NAME   (First Name, M.I., Last Name, including any suffix)
  AND MAILING ADDRESS
  NORRIS, MELVIN
  260 Boston Post Road
  Suite 9
  Wayland  MA  01778

  Telephone Number:   (508) 358-3305

14. NAME AND MAILING ADDRESS OF LAW FIRM  (only provide per instructions)

13. COURT ORDER
  ☒ O  Appointing Counsel            ☐ C  Co-Counsel
  ☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney
  ☐ P  Subs For Panel Attorney      ☐ Y  Standby Counsel

  Prior Attorney's Name:   _____
      Appointment Date:   _____
  ☐ Because the above-named person represented has testified under oath or has
  otherwise satisfied this court that he or she (1) is financially unable to employ counsel and
  (2) does not wish to waive counsel, and because the interests of justice so require, the
  attorney whose name appears in Item 12 is appointed to represent this person in this case,
  or
  ☐ Other (See Instructions)

      _Thomas F Quinn_
  Signature of Presiding Judicial Officer or By Order of the Court
      02/17/2005
      Date of Order                          Nunc Pro Tunc Date
  Repayment or partial repayment ordered from the person represented for this service at
  time of appointment.        ☐ YES      ☐ NO

| CATEGORIES (Attach itemization of services with dates) | | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )          TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )          TOTALS: | | | | | |
| 17. | Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses   (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
  FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS      ☐ Final Payment      ☐ Interim Payment Number _____      ☐ Supplemental Payment
  Have you previously applied to the court for compensation and/or reimbursement for this case?      ☐ YES      ☐ NO    If yes, were you paid?      ☐ YES      ☐ NO
  Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this
  representation?      ☐ YES      ☐ NO    If yes, give details on additional sheets.
  I swear or affirm the truth or correctness of the above statements.

  Signature of Attorney: _____                Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |